U.S. DIS...
☆
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MELINA KEDMAN

                           Plaintiff,

     -against-

HOME DEPOT U.S.A., INC.,

                           Defendants.
-------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No.: 05-CV-0069/ARR

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled be and the same hereby is discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:     Brooklyn, New York
             July 26, 2005

_____
Lidelfo A. Franco (LF0625)
ORNSTEIN & ORNSTEIN, P.C.
Attorneys for Plaintiff
MELINA KEDMAN
496 Clarkson Avenue
Brooklyn, New York 11203
(718) 778-5456
Our File No. 02-0020

_____
Allyson B. Belmont, Esq. (#5314)
LESTER, SCHWAB, KATZ & DWYER, LLP
Attorneys for Defendant
HOME DEPOT U.S.A., INC.
120 Broadway, 38th Floor
New York, NY 10271-0071
(212) 964-6611

So ordered.
8/16/05
USDJ